E. MARTIN ESTRADA  
United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Trial Attorney, Civil Division  
PAUL SACHELARI, CSBN 230082  
Special Assistant United States Attorney  
    Social Security Administration  
    Office of Program Litigation, Office 7  
    6401 Security Boulevard  
    Baltimore, MD 21235  
    Telephone: (510) 970-4853  
    Email: paul.sachelari@ssa.gov  
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| TONY BUCKNER, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 5:23-cv-00315-MAA <br><br> **[PROPOSED]** <br> **JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further

///

///

proceedings consistent with the Stipulation of Remand.

DATED: August 2, 2023

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE