UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TONY BUCKNER, | Case No. EDCV 5:23-cv-00315-MAA |
| Plaintiff, | ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $8,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: August 25, 2023

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE